IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONDRE MCMILLAN, | No. 4:23-CV-00561 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LYCOMING COUNTY, MICHAEL CORTER, TYSON HAVENS, MICHAEL A. CASCHERA, III, CLINTON GARDNER, JOHN and/or JANE DOE(S), and RYAN GARDNER, | |
| Defendants. | |

# ORDER

### JANUARY 26, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants Michael Corter's and Clinton Gardner's Motion to Dismiss (Doc. 32) is **GRANTED IN PART**;

    a. Michael Corter is **DISMISSED WITHOUT PREJUDICE** from Count I;

    b. Clinton Gardner is **DISMISSED WITHOUT PREJUDICE** from Counts II, III, and XI of the Amended Complaint;

    c.    Defendants Michael Corter's and Clinton Gardner's Motion to Dismiss (Doc. 32) is **DENIED** in all other respects;

2. Defendants Lycoming County's, Ryan Gardner's, Michael A. Caschera, III's, and Tyson Havens' Motion to Dismiss (Doc. 31) is **GRANTED IN PART**;

    a.    Lycoming County is **DISMISSED WITHOUT PREJUDICE**;

    b.    Ryan Gardner is **DISMISSED WITHOUT PREJUDICE**;

    c.    Tyson Havens is **DISMISSED WITHOUT PREJUDICE** from Counts II, III, and XI of the Amended Complaint;

    d.    Defendants Lycoming County's, Ryan Gardner's, Michael A. Caschera, III's, and Tyson Havens' Motion to Dismiss (Doc. 31) is **DENIED** in all other respects;

3. Plaintiff has fourteen (14) days from today's date to file a second amended complaint. If no second amended complaint is filed, the counts subject to dismissal without prejudice will then be subject to dismissal with prejudice.

                                          BY THE COURT:

                                          *s/ Matthew W. Brann*
                                          Matthew W. Brann
                                          Chief United States District Judge