IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONDRE MCMILLAN, | No. 4:23-CV-00561 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| TYSON HAVENS, *et al.*, | |
| Defendants. | |

## ORDER

### OCTOBER 21, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motions for summary judgment (Docs. 71 & 72) are **GRANTED** as to Counts II-XI;

2. Counts XII-XIV are **DISMISSED WITHOUT PREJUDICE**;

3. **JUDGMENT** is entered in favor of Defendants; and

4. The Clerk shall **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge